Nutter

**Jordana A. Garellek**
Direct Line: 646-440-8068
E-mail: JGarellek@nutter.com

July 20, 2026

Application **GRANTED**. The initial case management conference scheduled for August 27, 2026, will now be held on **Wednesday, September 2, 2026, at 2:30 PM**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442**, Access Code: **438 260 633#**. The Clerk of Court is respectfully requested to terminate ECF 23.

Dated: July 20, 2026
New York, NY

SO ORDERED
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
500 Pearl Street, Room 910
New York, NY 10007

Re: *Dean & Deluca Brands, Inc. v. Fire Brands Innovation, LLC et al.*
*No. 1:26-cv-03619 (S.D.N.Y.)*

Dear Judge Tarnofsky:

We represent Plaintiff Dean & DeLuca Brands, Inc. ("Plaintiff") in the above-referenced matter (the "Action") and write with the consent of all parties pursuant to the Court's Individual Practices in Civil Cases I. D) and E) to request a brief adjournment of the Initial Case Management Conference, currently scheduled for August 27, 2026.

Plaintiff's lead counsel has an unavoidable personal conflict on that day. We have informed Defendants' counsel of Plaintiff's conflict and that Plaintiff would seek to adjourn the Initial Case Management Conference to any of the following dates: September 2, 3, 8, or 9, 2026. Defendants' counsel assented to Plaintiff's request and stated that they were available on each of those proposed dates. No prior adjournments have been requested.

Accordingly, Plaintiff respectfully requests that the Initial Case Management Conference in the Action be adjourned to September 2, 3, 8, or 9, 2026, or otherwise at the Court's convenience.

Respectfully submitted,

Jordana A. Garellek

cc: Counsel for Defendants Fire Brands Innovation, LLC and Village Super Market, Inc. (via ECF)

8171433.2